IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANA ALBERTO, et al.,

    Plaintiffs,

v.

HILL'S PET NUTRITION, INC.,

    Defendant.

Case No. 19-2135-CM

ORDER

On March 19, 2019, a Motion to Consolidate and for Appointment of Interim Class Counsel was filed in Case No. 19-2118-DDC-JPO, *Johnson, et al. v. Hill's Pet Nutrition, Inc.* (ECF No. 4). The motion sought consolidation of that case with four other cases (including this one) pending in this district against the same defendant: Case No. 19-2110-CM-TJJ, *Brown v. Hill's Pet Nutrition, Inc.*; Case No. 19-2121-KHV-KGG, *Johnson, et al. v. Hill's Pet Nutrition, Inc.*;[1] Case No. 19-2135-CM-JPO, *Alberto, et al. v. Hill's Pet Nutrition, Inc.*; and Case No. 19-2149-KHV-KGG, *Schwegmann, et al. v. Hill's Pet Nutrition, Inc.* A certificate of service indicates the motion was served on counsel in all related cases.

The court intends to defer ruling on the issue of appointment of interim class counsel until after ruling on the issue of consolidation. Should a party in this case wish to be heard on the issue of consolidation, the party is directed to file a response to this order, stating its position, on or before **April 12, 2019**. If the court consolidates the cases, the court will set a separate briefing schedule on the issue of appointment of interim class counsel.

IT IS SO ORDERED.

---

[1] The plaintiff in Case No. 19-2118-DDC-JPO is Kristina Johnson, and the plaintiff in Case No. 19-2121-KHV-KGG is David Johnson. They are represented by different attorneys, are citizens of different states, and do not appear to have any relation to each other.

Dated March 29, 2019, at Kansas City, Kansas.

                                                             s/ James P. O'Hara
                                                             James P. O'Hara
                                                             U.S. Magistrate Judge